# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

VANESSA COLE,
As Personal Representative of the Estate of Roy
Lee Richards Jr.                                                    PLAINTIFF

v.                      No. 4:17-cv-553-DPM

DENNIS HUTCHINS                                       DEFENDANT

## ORDER

This older case needs adjudication. It is set for trial starting 9 August 2021. I start a projected three-week trial in a criminal case on 23 July 2021. If I am unavailable on August 9th, FED. R. CIV. P. 63, Judge Lee P. Rudofsky will preside over the trial in this case. In the meantime, I will decide the pending motions and finish getting this case ready for trial on August 9th. I appreciate Judge Rudofsky's willingness to step in if necessary.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 July 2021