IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VANESSA COLE,
As Personal Representative of the Estate of Roy
Lee Richards Jr.                                                                                    PLAINTIFF

v.                                    No. 4:17-cv-553-DPM

DENNIS HUTCHINS                                                                            DEFENDANT

ORDER

1.  The Court has completed its research on the available elements of compensatory damages and the elements for excessive force. Cole is correct on both issues. The first attachment is a redline showing the changes. The second attachment is a clean global set. The *voir dire* and preliminary instructions are locked in. We'll continue to work on all the final instructions and both verdicts during trial.

2.  The Court would appreciate the parties' thoughts about proceeding with the trial in the developing virus circumstances. Joint report due by noon on 4 August 2021.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 August 2021