IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VANESSA COLE, as Personal Representative
of the Estate of ROY RICHARDS, JR., deceased                          PLAINTIFF

V.                              CASE NO. 4:17-CV-553-DPM

DENNIS HUTCHINS ET AL.,                                              DEFENDANTS

**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 37**

NOW COMES Plaintiff, VANESSA COLE, Personal Representative of the Estate of ROY RICHARDS, JR., deceased (hereafter "PLAINTIFF"), by and through her attorneys, and, for her Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37, respectfully states as follows:

1. Spoliation of evidence is the knowing destruction of evidence or failure to preserve evidence and, when it is established, the fact finder may draw inference that the evidence destroyed was unfavorable to the party responsible for its spoliation. See *E*Secs., LLC v. Deutsche Bank AG, et al.*, 230 F.R.D. 582, 587 (D. Minn. 2005); *Black's Law Dictionary* 1401 (6th ed. 1990); *see also Zubalke v. UBS Wartburg, LLC*, 220 F.R.D. 212, 216 (S.D. N.Y. 2003)("Spoliation of evidence is 'the destruction or significant alteration of evidence, or the failure to preserve property for another's use as evidence in pending or reasonable foreseeable litigation.'")(quoting *West v. Goodyear Tire & Rubber Co.*, 167 F. 3d 776, 779 (2nd Cir. 1999)).

2. In the present case, on August 2, 2021, it was conclusively established that five (5) LRPD dashboard camera videos relating the instant litigation had been destroyed by Defendants, CITY OF LITTLE ROCK and DENNIS HUTCHINS, despite their receipt and acknowledgement of a timely preservation letter from PLAINTIFF's counsel.

3.     As a result of this breach of the duty to preserve evidence related to litigation, PLAINTIFF has suffered unfair prejudice just one week removed from trial.

4.     Therefore, PLAINTIFF respectfully moves this Honorable Court for the imposition of sanctions on Defendant, DENNIS HUTCHINS.  See *Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, 685 F.Supp.2d 456, 470-71 (S.D.N.Y. 2010); *Hall v. Ramsey County*, 2013 U.S. Dist. LEXIS 203436 at *9; *Hallmark Cards, Inc. v. Murley*, 703 F. 3d 456, 460 (8th Cir. 2013)(To give an adverse inference instruction to the jury, the court must find: (1) intentional destruction indicating a desire to suppress the truth; and (2) prejudice to the opposing party.).

5.     PLAINTIFF files contemporaneously hereto a supportive brief containing her arguments and factual and legal support.

WHEREFORE, Plaintiff, VANESSA COLE, Person Representative of the Estate of ROY RICHARDS, JR., deceased, by and through her attorneys, respectfully requests that this Honorable Court grant her Motion for Sanctions, and provide Plaintiff whatever other relief it determines is reasonable and just, including an oral hearing on the merits, if necessary.

        Respectfully submitted,

        Michael J. Laux
        Michael J. Laux
        E. Dist. Arkansas Bar No. 6278834
        One of the Attorneys for PLAINTIFF
        LAUX LAW GROUP
        400 W. Capitol Avenue, Suite 1700
        Little Rock, AR 72201
        Telephone: (501) 242-0750
        Facsimile: (501) 372-3482
        E-mail: mlaux@lauxlawgroup.com
              mikelaux@icloud.com

        and

        Judson C. Kidd
        Arkansas Bar No. 75071
        One of the Attorneys for PLAINTIFF
        DODDS, KIDD, RYAN & ROWAN
        313 W. 2nd Street
        Little Rock, 72201
        Telephone: (501) 375-9901
        Facsimile: (501) 376-0387
        judkidd@dkrfirm.com

        Lucas Z. Rowan
        Arkansas Bar No. 2008191
        One of the Attorneys for PLAINTIFF
        DODDS, KIDD, RYAN & ROWAN
        313 W. 2nd Street
        Little Rock, AR 72201
        Telephone: (501) 375-9901
        Facsimile: (501) 376-0387
        lrowan@dkrfirm.com