IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VANESSA COLE, as Personal Representative**
**Of the Estate of ROY RICHARDS JR., deceased**                           **PLAINTIFF**

**V.**                              **CASE NO. 4:17-CV-553**

**DENNIS HUTCHINS, individually, KENTON BUCKNER**
**Individually and officially, and the CITY OF LITTLE**
**ROCK, a municipality**                                                 **DEFENDANTS**

## JOINT REPORT

The parties respectfully come before this honorable Court and for their Joint Report on potential Covid – 19 issues during the August 9 – 13, 2021 trial state as follows:

1. The parties have conferred concerning the rising rate of Covid 19 infections in the state of Arkansas in anticipation of the August 9 – 13, 2021, trial captioned above, and the parties agree and suggest that there should be at least three alternate jurors added to the jury.

Respectfully Submitted,

Thomas M. Carpenter
Arkansas Identification No. 77024
City Attorney
City Hall - Suite 310
500 West Markham
Little Rock, Arkansas 72201
(501) 371-4527
tcarpenter@littlerock.org

Alexander J. Betton, #2009275
Deputy City Attorney
City Hall - Suite 310
500 West Markham
Little Rock, Arkansas 72201
(501) 371-4527
abetton@littlerock.gov

-2-

        Michael J. Laux
        E. Dist. Arkansas Bar No. 6278834
        One of the Attorneys for PLAINTIFF
        LAUX LAW GROUP
        400 W. Capitol Avenue, Suite 1700
        Little Rock, AR 72201
        Telephone: (501) 242-0750
        Facsimile: (501) 372-3482
        E-mail: mlaux@lauxlawgroup.com
        mikelaux@icloud.com

        Judson C. Kidd
        Arkansas Bar No. 75071
        One of the Attorneys for PLAINTIFF
        DODDS, KIDD, RYAN & ROWAN
        313 W. 2nd Street
        Little Rock, 72201
        Telephone: (501) 375-9901
        Facsimile: (501) 376-0387
        judkidd@dkrfirm.com

        Lucas Z Rowan
        Ark. Bar No. 2008191
        One of the Attorneys for PLAINTIFF
        DODDS, KIDD, RYAN & ROWAN
        313 W. 2nd Street
        Little Rock, 72201
        Telephone: (501) 375-9901
        Facsimile: (501) 376-0387
        judkidd@dkrfirm.com