IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VANESSA COLE,
As Personal Representative of the Estate of Roy
Lee Richards Jr.                                                                PLAINTIFF

v.                                        No. 4:17-cv-553-DPM

DENNIS HUTCHINS                                                          DEFENDANT

ORDER

1. I appreciate Judge Rudofsky's willingness to step in for trial if necessary, but I will be available for this case next week. The jury in the criminal case I have been presiding over began deliberations this afternoon. We will break our trial as needed for me to address matters in the other case.

2. Two changes. First, our trial will be in courtroom 2A. Second, the pretrial will start at 11:00 on Monday morning. I will address the new motions at the pretrial. We will start with our panel as planned at 1:00. I'll seat the jury Monday afternoon and, if practicable, counsel will open the case. Each side will have thirty minutes.

3. The Court will seat a jury of eight for virus-related reasons I will explain on Monday.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2021