## VERDICT NO. 1

1. How was Richards holding his long gun when Hutchins fired his rifle? (Pick one)

    (a) With the barrel pointing at the sky

    (b) With the barrel pointing at the ground

    (c) With the barrel pointing at Underwood's house  *[circled]*

    *FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS AUG 1 3 2021 TAMMY H. DOWNS, CLERK By: _____ DEP CLERK*

2. Was Underwood *inside* or *outside* his apartment when Hutchins fired his rifle? (circle one of the italicized words)

    *[inside is circled]*

Answer Question 3 only if you answered "inside" to Question 2. If you answered Question 2 "outside", then strike through Question 3.

3. Approximately how much time passed between Underwood closing his front door and Hutchins firing his rifle?

    _LESS THAN 3 SECONDS_

Court's Final Verdict No. 1    4:17-cv-553-DPM
13 August 2021                 *Cole v. Hutchins*

4. Was Richards *facing* or *turning away* from Underwood's house when Hutchins fired his rifle? (Circle one of the italicized phrases)

[*facing* circled]

5. Where was Richards located when Hutchins fired his rifle? (Circle one)

   (a) In the yard approaching Underwood's house [circled]

   (b) Going up Underwood's porch stairs

   (c) Starting to go down Underwood's porch stairs

   (d) Going down Underwood's porch stairs

6. In the circumstances, was it feasible for Hutchins to give Richards a warning before firing his rifle?

   _____ Yes

   __X__ No

_____  
Foreperson

8-13-21   5:03 pm  
Date/time

Court's Final Verdict No. 1  
13 August 2021

4:17-cv-553-DPM  
*Cole v. Hutchins*