# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VANESSA COLE**                                                    **PLAINTIFF**
Counsel: Michael Laux, Lucas Rowan & Judson Kidd

**v.**                         **No. 4:17-cv-553-DPM**

**DENNIS HUTCHINS**                                            **DEFENDANT**
Counsel: Alex Betton and Thomas Carpenter

## CLERK'S MINUTES - CIVIL JURY TRIAL
**Chief Judge: D.P. Marshall Jr.**
**Reporters: Kathy Maloney/Valarie Flora/ Suzanne McKennon**
**Clerk: Clayton Jackson**
**CRD: Melanie Beard/Sherri Black**

<u>**MONDAY, 9 August 2021 - DAY ONE**</u>
<u>Court Reporter: Kathleen Maloney</u>

11:00 a.m.- Pretrial Conference held until 12:10 p.m.

1:00 p.m. Court in session. Venire seated in Courtrooms 2A

    Court calls the case for Jury Trial

    Voir Dire begins.   Court excused some of the venire for cause

11:16 a.m.   Break

1:10 p.m.   Back on the record

    Further voir dire from the Court. Others excused for cause.

2:15 p.m.   Break

2:30 p.m.   Back on the record

| | |
|---|---|
| 3:05 p.m. | Voir Dire by Plaintiff's counsel |
| 3:18 p.m. | Voir dire by Defense counsel |
| 3:25 p.m. | Additional venire excused for cause |
| 3:30 pm. | Break for counsel to discuss strikes |
| 4:00 p.m. | Back on the record-Jury not present |
| | Strikes made. No strikes exercised by Defendant. Swain record made. Overruled. |
| 4:20 p.m. | Jury of 8 and no alternates sworn and seated. |
| 4:25 p.m. | Preliminary instructions given. |
| 5:02 p.m. | Jury excused until 8:15 a.m. on 10 August 2021 |
| 5:04 p.m. | Other trial matters discussed. |
| 5:05 p.m. | Court in recess |

**TUESDAY, 10 AUGUST 2021 - JURY TRIAL - DAY TWO**
<u>Court Reporter: Valarie Flora</u>

| | |
|---|---|
| 8:18 a.m. | Hearing outside the presence of the jury. |
| | Plaintiff offers PEx 139 and PEx120 for opening statements. Admitted. |
| | Defendant offers DEx4 for opening statements. Admitted. |
| 8:38 a.m. | Jury seated |
| 8:40 a.m. | Opening statement by Plaintiff- PEx 120 (video) played; PEx139 |
| 9:06 a.m. | Opening statement by Defendant |

9:25 a.m.   Morning break

9:49 a.m.   Back on the record

9:50 a.m.   Jury seated.

              Plaintiff's case commences.

              Plaintiff calls Witness 1-Derrell Underwood. Direct examination

                    Exhibits:   Plaintiff Exhibits 139, 108-118- admitted

10:53 a.m.  Cross examination of Witness 1

11:15 a.m.  Break (ALL)

<u>Court Reporter: Kathy Maloney</u>

12:30 p.m.  Back on the record for hearing outside presence of Jury

12:33 p.m.  Jury seated

12:35 p.m.  Cross examination of Witness Underwood continues

12:56 p.m.  Redirect of Witness Underwood

              Witness not excused and may be recalled.

1:03 p.m.   Plaintiff calls Witness 2- Savannah Gunnell. Sworn.

               Direct examination

                    Plaintiff: Exhibits 115, 139

1:20 p.m.   Cross examination

1:23 p.m.   Redirect examination

1:25 p.m.   Witness excused

1:30 p.m.   Break

1:47 p.m.   Trial resumes. Jury seated.

| | |
|---|---|
| 1: 48 p.m. | Plaintiff calls Witness 3- Bibi Mwamba. Sworn. |
| | Direct examination of Witness 3-Mwamba |
| | Plaintiff: Exhibits: 139 |
| 2:00 p.m. | Cross examination |
| 2:04 p.m. | Witness #3 excused. |
| 2:29 p.m. | Plaintiff calls Witness # 4-Michael Stotts. Sworn. |
| 2:05 p.m. | Direct examination |
| 2:37 p.m. | Cross examination |
| 2:43 p.m. | Redirect examination |
| 2:47 p.m. | Recross examination |
| | Exhibits: P139, 115, 114, 117, 108 admitted; DEx 5-mentioned |
| 2:48 p.m. | Plaintiff follow-up question |
| 2:49 p.m. | Defendant follow-up |
| 2:49 p.m. | Witness excused |
| 3:02 p.m. | Court on the record. Jury not present |
| 3:08 p.m. | Plaintiff calls Witness #5-Charles James. Sworn. |
| | Direct examination |
| | Exhibits: PEx. 87-95 offered |
| 3:24 p.m. | Jury excused until 8:15 a.m. on 11 August 2021 |
| 3:26 p.m. | Court in recess. Parties to convene at 8:00 a.m. |

## WEDNESDAY 11 AUGUST 2021 - JURY TRIAL - DAY THREE
Court Reporter: Valarie Flora

| Time | Event |
|---|---|
| 8:00 a.m. | Hearing outside the presence of the jury |
| 8:10 a.m. | Plaintiff offers Exhibits 1-107, without objection. Admitted |
| 8:30 a.m. | Recess |
| 8:40 a.m. | Jury seated |
| | Cross examination of Government Witness 5 by B. Hendrix |
| 8:45 a.m. | Mini opening statement by Plaintiff |
| 8:46 a.m. | Mini opening statement by Defendant |
| 8:47 a.m. | Plaintiff recalls witness #5- Charles James. |
| | Direct exam continues |
| 9:15 a.m. | Cross examination |
| 9:32 a.m. | Redirect examination |
| 9:32 a.m. | Juror question (Court's Ex. #1) |
| | Bench conference |
| 9:36 a.m. | Question read to witness |
| 9:37 a.m. | Follow-up question by Plaintiff |
| 9:38 a.m. | Follow-up question by Defendant |
| 9:39 a.m. | Witness excused |
| | Plaintiff Exhibits: 10, 9 Admitted |
| 9:40 a.m. | Plaintiff calls Witness 6-Justin Tyer. Sworn |
| 9:42 a.m. | Direct examination |
| 10:06 a.m. | Morning break |

| | |
|---|---|
| 10:33 a.m. | Jury seated. Witness #6 Justin Tyer-direct continues |
| 11:27 a.m. | Lunch recess. Counsel to be on the record at 12:30 p.m. |
| | Exhibits: PEx 6 admitted |
| 1:03 p.m. | Court on the record. Jury not present |
| | PEx 119, 127, 132, 134, 135 are admitted |
| 1:10 p.m. | Jury seated. Direct examination of Justin Tyer continues |
| | Plaintiff Exhibits: 119, 120, 10 |
| 1:35 p.m. | Cross examination |
| 1:45 p.m. | Redirect examination |
| 1:46 p.m. | Witness excused |
| 1:47 p.m. | Plaintiff calls Witness #7- Brad Silas. Sworn |
| 1:48 p.m. | Direct examination |
| 2:40 p.m. | Break |
| 3:00 p.m. | Jury seated. Direct examination continues of Brad Silas |
| 3:35 p.m. | Objections. Bench conference. |
| 3:35 p.m. | Juror Break for objections |
| 4:00 p.m. | Jury seated |
| 4:01 p.m. | Cross by Defendant. |
| 4:14 p.m. | Redirect examination |
| 4:17 p.m. | Witness excused. |
| | Exhibits: PEx 134,10, 18 and DEx 23 admitted |
| 4:20 p.m. | Recess for jurors until 8:15 a.m., August 12, 2021 |
| 4:40 p.m. | Court on the record. Jury not present. Court's Ex. 2 received |
| 5:35 p.m. | Recess for the day until 8:15 a.m., August 12, 2021 |

## THURSDAY 12 AUGUST 2021 - JURY TRIAL - DAY FOUR
Court Reporter: Valarie Flora

| | |
|---|---|
| 8:38 a.m. | Court is back in session |
| | Hearing outside the presence of the Jury |
| 8:52 a.m. | Jury seated |
| 8:55 a.m. | Plaintiff calls Witness #8-Dennis Hutchins. Sworn |
| 8:56 a.m. | Off the record for technical problems |
| | Kathleen Maloney, Court Reporter |
| 9:10 a.m. | Direct examination |
| 10:30 a.m. | Break |
| 11:00 a.m. | Jury seated |
| 11:01 a.m. | Direct examination continues |
| | PEx: 127, 139, 120, 95-107, 7 and 53 |
| 12:00 p.m. | Defense reserves examination of witness #8 |
| 12:05 p.m. | Break for jury |
| 12:13 p.m. | Court on the record |
| 12:14 p.m. | Jury seated |
| 12:15 p.m. | Plaintiff calls Witness #9- Roy Richards, Sr. Sworn |
| 12:15 p.m. | Direct examination. No further examination |
| 12:27 p.m. | Recess until 1:30 p.m. |
| | Court Reporter: Valarie Flora |
| 1:45 p.m. | Court on the record. Jury not present |
| 1:50 p.m. | Jury seated |

| | |
|---|---|
| 1:51 p.m. | Bench conference |
| 1:52 p.m. | Plaintiff calls Witness #10-Joshua Richards. Sworn |
| 1:52 p.m. | Direct examination |
| 2:00 p.m. | No further examinations. Witness excused |
| 2:02 p.m. | Plaintiff calls via video- Witness #11-Dr. Jeremy Cummings. Sworn. Direct examination |
| 3:42 p.m. | Direct examination concluded |
| 3:42 p.m. | Break |
| 4:07 p.m. | Court on the record |
| 4:08 p.m. | Jury seated |
| 4:08 p.m. | Cross examination |
| 5:14 p.m. | Bench conference |
| 5:25 p.m. | Jury question (Court's Ex. 3) |
| 5:25 p.m. | Bench conference |
| 5:28 p.m. | Jury question |
| 5:33 p.m. | Bench conference |
| 5:34 p.m. | Follow-up question |
| 5:39 p.m. | Jury recess for day until 8:15 a.m., August 13, 2021 |
| 5:40 p.m. | Recess for Court |
| 5:58 p.m. | Court on the record with counsel. Jury not present |
| 6:00 p.m. | Court addresses scheduling with counsel |
| 6:02 p.m. | Plaintiff's motion(s) in limine taken |
| 6:13 p.m. | Response to motion(s) |

6:17 p.m.   Plaintiff's reply

6:18 p.m.   Court takes motions under advisement

6:27 p.m.   Jury instruction conference begins

6:48 p.m.   Short recess

6:56 p.m.   Court in session. Jury instructions continue

7:51 p.m.   Recess for the day until 8:15 a.m., August 13, 2021

**FRIDAY 13 AUGUST 2021 - JURY TRIAL - DAY FIVE**
Court Reporter: Valarie Flora

8:20 a.m.   Court is back in session

              Court grants motion(s) in limine; with special instructions

              DEx 5-marked but will not be published

8:51 a.m.   Jury seated

8:52 a.m.   Plaintiff calls Vanessa Cole-Witness #12. Sworn

8:52 a.m.   Direct examination

9:04 a.m.   No further questions

9:07 a.m.   Bench conference

9:10 a.m.   Defendant's case commences

9:12 a.m.   Defense calls Dennis Hutchins (Witness #8)

              Exhibits: DEx 1, 8,9,24 admitted

9:52 a.m.   Short break for jury

10:10 a.m.  Court on the record. Jury not present

10:15 a.m.  Jury seated. Defense examination of Dennis Hutchins continues

10:28 a.m.   Short break for jury. Arguments made on Plaintiff's objections. Objections overruled

10:48 a.m.   Jury seated

10:50 a.m.   Defense examination of Dennis Hutchins continues

10:51 a.m.   Cross of Dennis Hutchins by Plaintiff

Plaintiff's Exhibits: 120, 126 and 26. 126 clean version admitted

11:35 a.m.   Redirect of Dennis Hutchins

11:59 a.m.   Jury question (Court's Ex 5)

12:01 p.m.   Jury question read to witness

12:11 p.m.   Follow-up question by Plaintiff

12:13 p.m.   Short break for jury

Court Reporter: Valarie Flora

1:00 p.m.   Court on the record. Jury not present

Instructions given to counsel regarding exhibits

1:20 p.m.   Mortality table rate exhibit discussed. Other trial matters discussed

1:25 p.m.   Jury seated

1:26 p.m.   Defense rests

1:27 p.m.   Plaintiff rests

1:30 p.m.   Recess for jury

1:31 p.m.   Court on the record. Defendant makes argument on motions regarding punitive damages and Rule 50 judgment as a matter of law. Plaintiff moves for judgment as a matter of law.

| | |
|---|---|
| 1:40 p.m. | Rebuttal by defendant regarding motion. Motion denied |
| 2:00 p.m. | Jury seated. Preliminary instructions given |
| 2:10 p.m. | Plaintiff's closing arguments |
| 2:32 p.m. | Defendant's closing arguments |
| 2:56 p.m. | Rebuttal by Plaintiff |
| 3:06 p.m. | General rules given to Jury. |
| 3:10 p.m. | CSO Gray sworn |
| 3:10 p.m. | Jury leaves to deliberate |
| 3:20 p.m. | Kathleen Maloney, Court Reporter |
| 3:33 p.m. | Court on the record while Jury deliberates Exhibit 153 (LPD overhead) |
| 3:38 p.m. | Exhibits given to Jury |
| 4:30 p.m. | Break |
| 4:35 p.m. | Court on record for jury instructions for Phase 2 |
| 5:00 p.m. | Break |
| 5:15 p.m. | Court Reporter: Suzanne McKennon |
| 5:16 p.m. | Court on the record. Jury not present. Notification of a verdict from Jury |
| 5:47 p.m. | Jury instruction conference ends. |
| 5:48 p.m. | Jury seated. Verdict given by foreperson. |
| 5:49 p.m. | Court reviews verdict. Verdict read by foreperson. Jury polled. |
| 5:55 p.m. | Verdict filed and copies to be made. Jury returns to jury room Court on the record with counsel for 2nd phase Jury instructions |

| | |
|---|---|
| 6:33 p.m. | Kathleen Maloney, Court Reporter |
| 6:35 p.m. | Court on the record for 2nd phase of jury instruction conference. |
| | Court's Ex 8 marked |
| 6:38 p.m. | Plaintiff renews motion for judgment as a matter of law |
| | Rebuttal by Defendant and motion to dismiss |
| 6:55 p.m. | Response by Plaintiff |
| 7:03 p.m. | Renewed motion denied. Motion to dismiss taken under advisement. |
| | Closing matters discussed |
| 7:21 p.m. | Court's Jury Instructions distributed and marked Court's Exhibit 10 |
| 7:24 p.m. | Jury seated |
| | Juror #8 released from service |
| | Jury to report at 10:00 a.m., August 16, 2021 |
| | Recess for Jury |
| 7:30 p.m. | Counsel to email objections to remaining jury instructions by 5:00 p.m. |
| | Trial to be moved to Courtroom #1A |
| 7:40 p.m. | Recess for the day |

**MONDAY, 16 AUGUST 2021 - JURY TRIAL - DAY SIX**
　　　Court Reporter: Valarie Flora

| | |
|---|---|
| 8:30 a.m. | Court is back in session. Jury not present |

|            | Jury instruction conference held |
|------------|----------------------------------|
|            | Court Exhibit 11, 12 and 4 received |
|            | Closing argument matters discussed |
| 10:20 a.m. | Renewed motion for judgment as a matter of law by Plaintiff |
|            | All defense motions for judgment renewed |
|            | The Court will hear full arguments later |
| 10:21 a.m. | Jury seated |
| 10:24 a.m. | Final instructions given |
| 10:38 a.m. | Closings by Plaintiff |
| 11:03 a.m. | Closings by Defendant |
| 11:17 a.m. | Rebuttal by Plaintiff |
|            | Court reminds Jury of rules |
| 11:26 a.m. | CSO Brown sworn |
| 11:28 a.m. | Jury leaves to deliberate on Phase 2 instructions |
| 11:32 a.m. | Court on the record (Jury deliberating) |
| 11:34 a.m. | Plaintiff's renewed motion for judgment as a matter of law, *Doc. 131* |
| 11:47 a.m. | Rebuttal by defendant |
| 11:47 a.m. | Response to rebuttal |
| 11:49 a.m. | Motion, *Doc. 131,* denied |
| 11:50 a.m. | Oral motion by Defendant. Motion denied |
| 11:54 a.m. | Semi recess during deliberations |
| 12:00 p.m. | Lunch break until 1p-while Jury deliberates |

2:37 p.m.   Back on the record

Motion for mistrial made and filed in open Court

2:51 p.m.   Break

3:11 p.m.   Back on the record for argument on motion for mistrial, *Doc. 133,* which was denied

3:34 p.m.   Jury seated

3:38 p.m.   Verdict 2 read in favor of Hutchins

Jury polled

3:46 p.m.   Jury discharged

All pending motions, *Doc. 117 and 119,* and Hutchins's motion for qualified immunity, denied as moot.  Motion on expert fees due 27 August 2021

3:50 p.m.   Court adjourned