# VERDICT NO. 2

*FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS AUG 16 2021 TAMMY H. DOWNS, CLERK By: [signature] DEPUTY CLERK IN OPEN COURT*

1. On the Richards Estate's excessive force claim against Hutchins, as submitted in Instruction No. 11, we find for:

   _____ Richards Estate

   \_\_\_\_X_____ Hutchins

If you found for the Richards Estate in Question 1, then answer Questions 2–10 below. If you found for Hutchins in Question 1, then your deliberations are done. Your foreperson should date and sign the verdict and inform the Court that you have a verdict.

2. We find Vanessa Cole's mental anguish damages to be:

   $_____

3. We find Vanessa Cole's pecuniary damages to be:

   $_____

4. We find Roy Richards Sr.'s mental anguish damages to be:
   $_____

5. We find Jordan Richards's mental anguish damages to be:
   $_____

Court's Final Verdict No. 2
16 August 2021

4:17-cv-553-DPM
*Cole v. Hutchins*

6. We find Jordan Richards's pecuniary damages to be:

   $_____

7. We find Joshua Richards's mental anguish damages to be:

   $_____

8. We find Joshua Richards's pecuniary damages to be:

   $_____

9. We find Roy Richards Jr. and the Richards Estate's damages to be:

   - Loss of life ................................. $_____
   - Funeral expenses ......................... $_____
   - Conscious pain and suffering ......... $_____
   - Disfigurement ............................ $_____
   - Lost future earnings .................... $_____

   Total $_____

# VERDICT NO. 2

10. We assess punitive damages against Dennis Hutchins, as submitted in Instruction No. 14, of $ _____ (state amount, or, if none, write the word "none").

_____   _8-16-21___2:22_
Foreperson                Date/time

Court's Final Verdict No. 2                4:17-cv-553-DPM
16 August 2021                             *Cole v. Hutchins*