IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| VANESSA COLE, as Personal Representative of the Estate of ROY LEE RICHARDS, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS HUTCHINS, in his individual capacity, KENTON BUCKNER, in his individual and official capacities and the CITY OF LITTLE ROCK, a municipality,<br><br>Defendants. | Case No. 4:17-CV-553-DPM |

**NOTICE OF APPEAL**

"Notice of Appeal to
United States Court of Appeals
for the Eighth Circuit"

**To:** Dennis Hutchins, Kenton Buckner and the City of Little Rock, and all interested parties.

Pursuant to Rule 4(a)(3) of the Federal Rules of Appellant Procedure, Vanessa Cole, as Personal Representative of the Estate of Roy Richards, Jr., the plaintiff, is taking an appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment of Eastern District of Arkansas, Central Division, entered in this case on August 18, 2021 [Doc. #143]. The plaintiff is also appealing the district court's denial of her renewed motion for judgment as a matter of law (JMOL) [Doc. #131], the denial of her motion for a mistrial [Doc. #133] and the overruling of her *Swain* objection [Doc. #136].

Notice is also hereby given that Vanessa Cole, as Personal Representative of the Estate of Roy Richards, Jr., the plaintiff in the above-styled case, is hereby appealing to the United States

Court of Appeals for the Eighth Circuit from an order of dismissal entered in this case on February 22, 2019 [Doc. #72], granting separate defendants Kenton Buckner and the City of Little Rock's motion for summary judgment.  (A copy of: 1) the final judgment; 2) the text order denying plaintiff's motion for judgment as a matter of law (JMOL) and her motion for mistrial/clerk's minutes; and; 3) the order granting summary judgment to separate defendants Kenton Buckner and the City of Little Rock, are attached hereto as Plaintiff's Exhibits "A-1," "A-2" and "A-3," respectively.)

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

    a) Vanessa Cole—appellant

    b) Kenton Buckner and the City of Little Rock—appellees

Thomas M. Carpenter
Alexander J. Betton
500 W. Markham, 3rd Floor
Little Rock, AR 72201

tcarpenter@littlerock.gov
abetton@littlerock.gov


Respectfully submitted,

Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
One of the Attorneys for PLAINTIFF
LAUX LAW GROUP
400 W. Capitol Avenue, Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
E-mail: mlaux@lauxlawgroup.com
        mikelaux@icloud.com

and

Judson C. Kidd
Arkansas Bar No. 75071
One of the Attorneys for PLAINTIFF
DODDS, KIDD, RYAN &  ROWAN
313 W. 2nd Street
Little Rock, 72201
Telephone: (501) 375-9901
Facsimile: (501) 376-0387
judkidd@dkrfirm.com

Lucas Z. Rowan
Arkansas Bar No. 2008191
One of the Attorneys for PLAINTIFF
DODDS, KIDD, RYAN & ROWAN
313 W. 2nd Street
Little Rock, AR 72201
Telephone: (501) 375-9901
Facsimile: (501) 376-0387
lrowan@dkrfirm.com