# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 20, 2021

4:17-cv-00553-DPM

Mr. Michael J. Laux
Suite 1700
400 W. Capital Avenue
Little Rock, AR  72201-0000

RE:  21-3097  Vanessa Cole v. Dennis Hutchins, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Alexander Julian Betton
       Mr. Thomas Milton Carpenter
       Ms. Tammy H. Downs
       Ms. Valerie Flora
       Mr. Rick D. Hogan
       Mr. Judson C. Kidd
       Ms. Kathleen Maloney
       Ms. Suzanne McKennon
       Mr. Lucas Rowan

       District Court/Agency Case Number(s):   4:17-cv-00553-DPM

**Caption For Case Number:   21-3097**

Vanessa Cole, As Personal Respresentative of the Estate of Roy Lee Richards, Jr., Deceased other Roy Lee Richards, Jr.

      Plaintiff - Appellant

v.

Dennis Hutchins, Individually; Kenton Buckner, Individually and Officially; City of Little Rock, A Municipality

      Defendants - Appellees

**Addresses For Case Participants:   21-3097**

Mr. Michael J. Laux
Suite 1700
400 W. Capital Avenue
Little Rock, AR  72201-0000

Mr. Alexander Julian Betton
CITY ATTORNEY'S OFFICE
310
310 City Hall
500 W. Markham Street
Little Rock, AR  72201-1496

Mr. Thomas Milton Carpenter
CITY ATTORNEY'S OFFICE
310 City Hall
500 W. Markham Street
Little Rock, AR  72201-1496

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Valerie Flora
Suite 101
620 W. Third Street
Little Rock, AR  72201-0000

Mr. Rick D. Hogan
CITY ATTORNEY'S OFFICE
310 City Hall
500 W. Markham Street
Little Rock, AR  72201-1496

Mr. Judson C. Kidd
DODDS & KIDD
313 W. Second Street
Little Rock, AR  72201-2481

Ms. Kathleen Maloney
C411
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Suzanne McKennon
P.O. Box 7343
Little Rock, AR  72217

Mr. Lucas Rowan
DODDS & KIDD
313 W. Second Street
Little Rock, AR  72201-2481

21-3097  Vanessa Cole v. Dennis Hutchins, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 09/20/2021

**Case Name:**   Vanessa Cole v. Dennis Hutchins, et al
**Case Number:**  21-3097

**Docket Text:**
Civil case docketed. [5078116] [21-3097]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Ms. Valerie Flora
Suite 101
620 W. Third Street
Little Rock, AR  72201-0000

**Notice will be electronically mailed to:**

Mr. Alexander Julian Betton: abetton@littlerock.gov, mfields@littlerock.gov
Mr. Thomas Milton Carpenter: tcarpenter@littlerock.gov, dwisdom@littlerock.gov
Ms. Tammy H. Downs: ared_appeals@ared.uscourts.gov
Mr. Rick D. Hogan: rhogan@littlerock.gov,
dbaldwin@littlerock.gov,abetton@littlerock.gov,dwisdom@littlerock.gov
Mr. Judson C. Kidd: judkidd@dkrfirm.com, mmiller@dkrfirm.com
Mr. Michael J. Laux: mlaux@lauxlawgroup.com, mikelaux@icloud.com
Ms. Kathleen Maloney: Kathleen_Maloney@ared.uscourts.gov
Ms. Suzanne McKennon: Suzanne@ears2hands.com
Mr. Lucas Rowan: judkidd@dkrfirm.com,
brappold@dkrfirm.com,mmiller@dkrfirm.com,sross@dkrfirm.com

**John Hibbs**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, September 20, 2021 10:23 AM |
| **Subject:** | 21-3097 Vanessa Cole v. Dennis Hutchins, et al "CIVIL case docketed" (4:17-cv-00553-DPM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 09/20/2021

| | |
|---|---|
| **Case Name:** | Vanessa Cole v. Dennis Hutchins, et al |
| **Case Number:** | 21-3097 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [5078116] [21-3097] (Adrienne Vonder Haar)

**Notice will be electronically mailed to:**

Mr. Alexander Julian Betton: abetton@littlerock.gov, mfields@littlerock.gov
Mr. Thomas Milton Carpenter: tcarpenter@littlerock.gov, dwisdom@littlerock.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Rick D. Hogan, Deputy Chief Counsel: rhogan@littlerock.gov, dbaldwin@littlerock.gov, abetton@littlerock.gov, dwisdom@littlerock.gov
Mr. Judson C. Kidd: judkidd@dkrfirm.com, mmiller@dkrfirm.com
Mr. Michael J. Laux: mlaux@lauxlawgroup.com, mikelaux@icloud.com
Ms. Kathleen Maloney: Kathleen_Maloney@ared.uscourts.gov
Ms. Suzanne McKennon, Court Reporter: Suzanne@ears2hands.com
Mr. Lucas Rowan: judkidd@dkrfirm.com, brappold@dkrfirm.com, mmiller@dkrfirm.com, sross@dkrfirm.com

**Notice will be mailed to:**

Ms. Valerie Flora, Court Reporter
Suite 101
620 W. Third Street
Little Rock, AR 72201-0000

The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter

1

**Original Filename:** /opt/ACECF/live/forms/AdrienneVonderHaar_213097_5078116_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/20/2021] [FileNumber=5078116-0]
[6ccdc6e16f816bd6815705330ae1bda3d37a4cc93900600e431f25d701f2c4e41e90a6f0bd7a80365a998fae4bdb1b9449c
c7cfee277d02efb5719439d3ac2cb]]
**Recipients:**

- Mr. Alexander Julian Betton
- Mr. Thomas Milton Carpenter
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Valerie Flora, Court Reporter
- Mr. Rick D. Hogan, Deputy Chief Counsel
- Mr. Judson C. Kidd
- Mr. Michael J. Laux
- Ms. Kathleen Maloney
- Ms. Suzanne McKennon, Court Reporter
- Mr. Lucas Rowan


**Document Description:** ProSe NDA
**Original Filename:** /opt/ACECF/live/forms/AdrienneVonderHaar_213097_5078116_ProSeNDA_481.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/20/2021] [FileNumber=5078116-1]
[4def4332ec0b72799cd5ec7feb3890ec07805fbb6d2fdd0816180ec8e7675e0bef46efd5165004db2456ece9464bc20a880
7893268b7c6fce607840bf39f37d2]]
**Recipients:**

- Mr. Alexander Julian Betton
- Mr. Thomas Milton Carpenter
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Valerie Flora, Court Reporter
- Mr. Rick D. Hogan, Deputy Chief Counsel
- Mr. Judson C. Kidd
- Mr. Michael J. Laux
- Ms. Kathleen Maloney
- Ms. Suzanne McKennon, Court Reporter
- Mr. Lucas Rowan


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5078116
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6853442, 6853443

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.   21-3097   Vanessa Cole v. Dennis Hutchins, et al

Date:          September 20, 2021

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix
      preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment.
      If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee
      should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-
      information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

### GENERAL INFORMATION

     The following filing dates are established for the appeal. The dates will only be extended
upon the filing of a timely motion establishing good cause for an extension of time. An extension
of time automatically extends the filing date for the responding or replying party's brief. Dates
are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and
FRAP 31 for provisions governing filing and service, as well as computing and extending time.

     The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be
found at www.ca8.uscourts.gov/rules-procedures

     The Practitioner's Handbook and the Court's Internal Operating Procedures may also be
found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/01/2021**
   **( Valerie Flora )**
Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/01/2021**
   **( Kathleen Maloney )**
Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/01/2021**
   **( Suzanne McKennon )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/09/2021**
   **( Vanessa Cole )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/09/2021**
   **( Vanessa Cole )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                            **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues**
                                            **the Notice of Docket Activity filing the brief.**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE

## John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, September 20, 2021 10:26 AM |
| **Subject:** | 21-3097 Vanessa Cole v. Dennis Hutchins, et al "Civil Briefing Schedule Set" (4:17-cv-00553-DPM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

<b>Eighth Circuit Court of Appeals</b>

**Notice of Docket Activity**

The following transaction was filed on 09/20/2021

| | |
|---|---|
| **Case Name:** | Vanessa Cole v. Dennis Hutchins, et al |
| **Case Number:** | 21-3097 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Transcript due on or before 11/01/2021. Appendix due 11/09/2021. BRIEF APPELLANT, Vanessa Cole due 11/09/2021 Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant. [5078122] [21-3097] (Adrienne Vonder Haar)

**Notice will be electronically mailed to:**

Mr. Alexander Julian Betton: abetton@littlerock.gov, mfields@littlerock.gov
Mr. Thomas Milton Carpenter: tcarpenter@littlerock.gov, dwisdom@littlerock.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Rick D. Hogan, Deputy Chief Counsel: rhogan@littlerock.gov, dbaldwin@littlerock.gov, abetton@littlerock.gov, dwisdom@littlerock.gov
Mr. Judson C. Kidd: judkidd@dkrfirm.com, mmiller@dkrfirm.com
Mr. Michael J. Laux: mlaux@lauxlawgroup.com, mikelaux@icloud.com
Ms. Kathleen Maloney: Kathleen_Maloney@ared.uscourts.gov
Ms. Suzanne McKennon, Court Reporter: Suzanne@ears2hands.com
Mr. Lucas Rowan: judkidd@dkrfirm.com, brappold@dkrfirm.com, mmiller@dkrfirm.com, sross@dkrfirm.com

**Notice will be mailed to:**

Ms. Valerie Flora, Court Reporter
Suite 101
620 W. Third Street
Little Rock, AR 72201-0000

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/AdrienneVonderHaar_213097_5078122_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/20/2021] [FileNumber=5078122-0]
[217b374777ef522d941c3846ef0903bbb23db40a487fda31d79137d9c8c195755c897cbe0f5c35ba46d25bb97f8b6c8dea35330f1ac72c9f60d0c6489e5f550f]]
**Recipients:**

- Mr. Alexander Julian Betton
- Mr. Thomas Milton Carpenter
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Valerie Flora, Court Reporter
- Mr. Rick D. Hogan, Deputy Chief Counsel
- Mr. Judson C. Kidd
- Mr. Michael J. Laux
- Ms. Kathleen Maloney
- Ms. Suzanne McKennon, Court Reporter
- Mr. Lucas Rowan

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5078122
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6853454, 6853455