| | |
|---|---|
| **From:** | Michael Laux |
| **To:** | mlaux@lauxlawgroup.com |
| **Subject:** | Fwd: requested trial transcripts-Cole v. Hutchins appeal |
| **Date:** | Monday, October 4, 2021 5:45:48 PM |

Begin forwarded message:

**From:** Michael Laux <mikelaux@icloud.com>
**Subject: Re: requested trial transcripts-Cole v. Hutchins appeal**
**Date:** Oct 4, 2021 at 5:43 PM
**To:** Kathleen Maloney <kmaloneycsr@gmail.com>

Hello Kathy:

Plaintiff-Appellant will order the complete trial transcript.

Thank you,

Mike

> On Oct 4, 2021, at 4:30 PM, Kathleen Maloney <kmaloneycsr@gmail.com> wrote: