# TRANSMITTAL SHEET

**TO:**   Clerk, USCA 8    **DATE:** 11/29/2021

**FROM:**   U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 21-03097

**DISTRICT COURT NO.** 4:17-cv-00553-DPM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Jury Trial Transcript, Vol. 1-6 (Docket Entries 153, 154, 155, 156, 157, 158)
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

*************************************************************************

**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
Deputy Clerk